# Shapiro
# & Associates, PLLC
## Attorneys at Law

June 21, 2017

Hon. Elizabeth S. Stong, U.S.B.J.
U.S. Bankruptcy Court, E.D.N.Y.
271-C Cadman Plaza East
Brooklyn, New York 11201-1800

    Re:    In re Jacob Pinson and Chana Pinson, 14-40212-ess
           U.S. Bankruptcy Court-E.D.N.Y.
           Adv. Pro. No. 16-01018 David J. Doyaga v. ABRAHAM LOKSHIN
           Adv. Pro. No. 16-01019 David J. Doyaga v. AMERICAN EXPRESS, et al.
           Adv. Pro. No. 16-01020 David J. Doyaga v. AVROHOM PINSON
           Adv. Pro. No. 16-01022 David J. Doyaga v. DEITSCH PLASTIC CO., INC.
           Adv. Pro. No. 16-01023 David J. Doyaga v. KAHANS SUPERETTE INC.
           Adv. Pro. No. 16-01024 David J. Doyaga v. M. MOSHE MALAMUD
           Adv. Pro. No. 16-01025 David J. Doyaga v. MAZBRO ENTERPRISES, LLC
           Adv. Pro. No. 16-01026 David J. Doyaga v. MORDECHAI PINSON
           Adv. Pro. No. 16-01028 David J. Doyaga v. SHALVAH PARTNERSHIP
           Adv. Pro. No. 16-01029 David J. Doyaga v. SHMUEL JURKOWICZ
           Adv. Pro. No. 16-01031 David J. Doyaga v. YOSEF MAJERCZYK
           Adv. Pro. No. 16-01032 David J. Doyaga v. BUBBE HINDA'S BREADS LLC, et al.
           Adv. Pro. No. 16-01033 David J. Doyaga v. EAST VILLAGE GARDENS CORP.

Dear Judge Stong:

    We are Special Counsel to the Chapter 7 Trustee, David J. Doyaga.

    Previously, on May 4, 2017, Your Honor adjourned the Pre-Trial Conferences in the above-referenced thirteen (13) Adversary Proceedings together to June 27, 2017 at 3:00 p.m. We respectfully request **on consent of all parties** that Your Honor kindly grant an adjournment of all of these Pre-Trial Conferences to August 29, 2017 at 10:00 a.m.

    Additionally, with respect to the Motion to File Claim After Claims Bar Date filed by Eric H. Horn on behalf of Albert Wilk d/b/a Wilk RE, Alex Dikman and Metropolitan Estate Inc., adjourned from May 18, 2017, we respectfully request **on consent of all parties** that Your Honor also kindly grant an adjournment of the hearing on the motion to the same date, August 29, 2017 at 10:00 a.m.

---

\* Note that the Pre-Trial Conference for Adv. Pro. No. 16-01021 David J. Doyaga v. DAVID S. FRANKEL, et al., has already been adjourned to September 26, 2017.

---

| 3145 Coney Island Avenue | 2291 7th Avenue | 4 Washington Street |
| Brooklyn, NY 11235 | New York, NY 10030 | Jerusalem, Israel |

franklin@shapirolawyers.net
Tel (212) 606-2000    Fax (347) 462-9905

# Shapiro
## & Associates, PLLC
### Attorneys at Law

---

We thank Your Honor for the Court's attention and consideration herein. Should you have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

Franklin K. Chiu, Esq.

cc:

Adv. Pro. Nos. 16-01018, 01020, 01022, 01023, 01024, 01025, 01026, 01028, 01029, 01031, 01032
M. David Graubard, Esq.     (Attorneys for various Defendants)
Kera & Graubard
71-18 Main Street
Flushing, New York 11367
(212) 681-1600
dgraubard@keragraubard.com

Adv. Pro. No. 16-01019
Maureen M. Weaver, Esq.     (Attorneys for American Express Defendants)
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
(404) 873-8716
maureen.weaver@agg.com

Adv. Pro. No. 16-01021
Kenneth J. Glassman, Esq.    (Attorneys for Defendants David S. Frankel and David S. Frankel, P.C.)
475 Park Avenue South, Suite 700
New York, New York 10016
(212) 213-2510
kjg3007@aol.com